UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Cynthia Hunter

Case No.: 17-17296/JNP
Chapter: 7
Judge: JNP

### NOTICE OF PROPOSED ABANDONMENT

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___January 16, 2018___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
2304 Beverly Road
Cinnaminson, NJ
FMV - $225,000.00

Liens on property: Loancare - $238,239.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-17296-JNP
Cynthia M Hunter                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Dec 20, 2017
                              Form ID: pdf905          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
```
db            +Cynthia M Hunter,    2304 Beverly Rd,    Riverton, NJ 08077-3610
cr            +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S.,    11 Broadway, Suite 615,
               New York, NY 10004-1490
516760639     +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
516787767     +Camelot at Cinnaminson HRB1,    Hunter Warfield,    4620 Woodland Corporate Blvd.,
               Tampa, FL 33614-2415
516760640     +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
516804345     +Cinnaminson Sewerage Authority,    1621 Riverton Road,    Cinnaminson, NJ 08077-2325
516760641     +Curtis Hunter,    7514 Maple Ave,    Merchantville, NJ 08109-3382
516760642     +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
516975034     +Directv, LLC,    by American InfoSource LP as agent,    4515 N. Santa Fe,
               Oklahoma City, OK 73118-7901
516760644     +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
516760645     +Experian,    PO Box 4500,    Allen, TX 75013-1311
516760646     +Furniturebar,    Po Box 94498,    Las Vegas, NV 89193-4498
516760647     +Garden State Fed Cr Un,    144 W Route 38,    Moorestown, NJ 08057-3223
516994582     +Lakeview Loan Servicing, LLC,    c/o LoanCare, LLC,    3637 Sentara Way,
               Virginia Beach, VA 23452-4262
516760650     +Loancare Inc,    Po Box 8068,    Virginia Beach, VA 23450-8068
516760651     +McCabe, Weisberg & Conway,    216 Haddon Ave,    Suite 201,    Collingswood, NJ 08108-2818
516760653     +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
               Trenton, NJ 08695-0245
516760655    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
516760654     +Township of Cinnaminson,    Attn: Tax Office,    1621 Riverton Rd,    Riverton, NJ 08077-2325
516785847     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
517191856      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
516760656     +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
516760657     +USAA Federal Savings Bank,    Attn: Bankruptcy,    9800 Fredericksburg Rd,
               San Antonio, TX 78288-0002
516920003      Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines,    IA    50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2017 21:48:41     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2017 21:48:40     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516770867      E-mail/Text: mrdiscen@discover.com Dec 20 2017 21:48:30     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516760643     +E-mail/Text: mrdiscen@discover.com Dec 20 2017 21:48:30     Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
516760648     +E-mail/Text: HWIBankruptcy@hunterwarfield.com Dec 20 2017 21:48:42     Hunter Warfield,
               Attention: Bankruptcy,    4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
516760649     +E-mail/Text: cio.bncmail@irs.gov Dec 20 2017 21:48:33     Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516984427      E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 20 2017 21:48:45     Jefferson Capital Systems LLC,
               PO Box 7999,    St Cloud MN 56302-9617
516992798      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2017 22:03:06
               Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516992738      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2017 22:02:56
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
               Norfolk VA 23541
516760652     +E-mail/Text: info@reliant-cap.com Dec 20 2017 21:48:47     Reliant Capital Solu,
               750 Cross Pointe Rd,    Gahanna, OH 43230-6692
516774912     +E-mail/Text: electronicbkydocs@nelnet.net Dec 20 2017 21:48:42
               U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
516834928     +E-mail/Text: bncmail@w-legal.com Dec 20 2017 21:48:44     USAA Federal Savings Bank,
               c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 12
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Dec 20, 2017
                              Form ID: pdf905          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor   Toyota Motor Credit Corporation
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Charles H. Jeanfreau    on behalf of Creditor   USAA Federal Savings Bank Charlesj@w-legal.com,
           BNCmail@w-legal.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Melissa S DiCerbo    on behalf of Creditor   Lakeview Loan Servicing, LLC nj-ecfmail@mwc-law.com
          Thomas G. Egner    on behalf of Debtor Cynthia M Hunter tegner@mpadlaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
           e.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```