| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| **McCABE, WEISBERG & CONWAY, LLC**<br>**By: Melissa S. DiCerbo, Esq. (Atty. I.D.#MSD4070)**<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC | Order Filed on February 20, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| IN RE:  Cynthia M Hunter aka Cynthia M. Bohn<br><br>Debtor<br><br>and<br><br>Curtis Hunter<br><br>Co-Debtor | Case No.: 17-17296-JNP<br>Chapter: 7<br>Judge: Jerrold N. Poslusny, Jr. |

**ORDER VACATING STAY**

The relief set forth on the following pages is hereby **ORDERED**

**DATED: February 20, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Cynthia M Hunter aka Cynthia M. Bohn
Co-Debtor: Curtis Hunter
Case No: 17-17296-JNP
Caption of Order: ORDER VACATING STAY

---

Upon the motion of **LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC**, or its successors or assignees, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒    Real property more fully described as:

2304 Beverly Road, Cinnaminson, New Jersey 08077

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

☐    Personal property more fully described as:


It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.