| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>**McCABE, WEISBERG & CONWAY, LLC**<br>**By: Melissa S. DiCerbo, Esq. (Atty. I.D.#MSD4070)**<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC | Order Filed on February 20, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| IN RE:  Cynthia M Hunter aka Cynthia M. Bohn<br><br>Debtor<br><br>and<br><br>Curtis Hunter<br><br>Co-Debtor | Case No.: 17-17296-JNP<br>Chapter: 7<br>Judge: Jerrold N. Poslusny, Jr. |

**ORDER VACATING STAY**

The relief set forth on the following pages is hereby **ORDERED**

**DATED: February 20, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Cynthia M Hunter aka Cynthia M. Bohn
Co-Debtor: Curtis Hunter
Case No: 17-17296-JNP
Caption of Order: ORDER VACATING STAY

---

Upon the motion of **LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC**, or its successors or assignees, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒    Real property more fully described as:

   2304 Beverly Road, Cinnaminson, New Jersey 08077

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

☐    Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-17296-JNP
Cynthia M Hunter  Chapter 7
  Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 1  Date Rcvd: Feb 21, 2018
  Form ID: pdf903  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.
db  +Cynthia M Hunter,  2304 Beverly Rd,  Riverton, NJ 08077-3610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.  TOTAL: 0

  ***** BYPASSED RECIPIENTS *****
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:
  Brian C. Nicholas  on behalf of Creditor  Toyota Motor Credit Corporation
  bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
  Charles H. Jeanfreau  on behalf of Creditor  USAA Federal Savings Bank Charlesj@w-legal.com,
  BNCmail@w-legal.com
  Isabel C. Balboa  on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
  summarymail@standingtrustee.com
  Joseph Marchand  jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
  Melissa S DiCerbo  on behalf of Creditor  Lakeview Loan Servicing, LLC nj-ecfmail@mwc-law.com
  Thomas G. Egner  on behalf of Debtor Cynthia M Hunter tegner@mpadlaw.com,
  kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com
  U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov
  TOTAL: 7